UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00617-W

| | |
|---|---|
| MARY B. RUDOLPH, RUDOLPH-RAAD, INC., and FAMILY FORUM, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BEACON INDEPENDENT LIVING LLC, FRANK MCCOLLUM, BRUCE L. BLEIMAN, ANTOINE LASSITER, ED BOWERS, in his capacity as Receiver for Charlottetown Manor, Inc., WIND N SEA HOLDINGS, LLC, and WESLEY L. DEATON, Substitutes Trustee of that Deed of Trust executed by Rudolph-Raad, Inc., dated the 28th day of June, 2002, and recorded July 1, 2002, in Book 13761, Page 926 of the Mecklenburg County Public Registry and re-recorded on January 17, 2003, in Book 14708, Page 79 of the Mecklenburg County Registry, <br><br> Defendants. | ORDER |

THIS MATTER is before the Court *sua sponte* following the exchange of emails among all counsel concerning conflicts with the original date set for trial in this matter. In light of those communications, the Court hereby continues trial in this matter until Wednesday, August 8, 2012. A copy of this order shall be sent to all counsel of record as well as to Defendant Frank McCollum, who appears pro se, at the address provided by his former attorney: 1355 Greenwood Cliff, Suite 150, Charlotte, NC 28204.

Signed: March 22, 2012

Frank D. Whitney
United States District Judge