UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cv-00617-W

| | |
|---|---|
| MARY B. RUDOLPH, RUDOLPH-RAAD, INC., and FAMILY FORUM, INC., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>BEACON INDEPENDENT LIVING LLC, FRANK MCCOLLUM, BRUCE L. BLEIMAN, ANTOINE LASSITER, ED BOWERS, in his capacity as Receiver for Charlottetown Manor, Inc., WIND N SEA HOLDINGS, LLC, and WESLEY L. DEATON, Substitutes Trustee of that Deed of Trust executed by Rudolph-Raad, Inc., dated the 28th day of June, 2002, and recorded July 1, 2002, in Book 13761, Page 926 of the Mecklenburg County Public Registry and re-recorded on January 17, 2003, in Book 14708, Page 79 of the Mecklenburg County Registry, )<br>)<br>Defendants. ) | ORDER |

THIS MATTER is before the Court on Plaintiffs' Motion to Dismiss Defendant Frank McCollum Without Prejudice (Doc. No. 70). Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and for the reasons stated in the motion, Plaintiffs' Motion to Dismiss Without Prejudice is GRANTED. All parties shall bear their own costs and expenses. A copy of this order shall be sent to all counsel of record as well as to Defendant Frank McCollum, who appears pro se, at his address of record: 1355 Greenwood Cliff, Suite 150, Charlotte, NC 28204.

Signed: March 29, 2012

Frank D. Whitney
United States District Judge