UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00617-W

| | |
|---|---|
| MARY B. RUDOLPH, RUDOLPH-RAAD, INC., and FAMILY FORUM, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BEACON INDEPENDENT LIVING LLC, FRANK MCCOLLUM, BRUCE L. BLEIMAN, ANTOINE LASSITER, ED BOWERS, in his capacity as Receiver for Charlottetown Manor, Inc., WIND N SEA HOLDINGS, LLC, and WESLEY L. DEATON and ROBERT BURRIS, Substitutes Trustees of that Deed of Trust executed by Rudolph-Raad, Inc., dated the 28th day of June, 2002, and recorded July 1, 2002, in Book 13761, Page 926 of the Mecklenburg County Public Registry and re-recorded on January 17, 2003, in Book 14708, Page 79 of the Mecklenburg County Registry, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **ORDER** |

THIS MATTER is before the Court upon Defendant Ed Bowers' Motion to Dismiss (Doc. No. 101). Counsel for Plaintiffs indicated to the Court via email correspondence that they had no objection to the motion.

For good cause shown, Defendant's Motion to Dismiss (Doc. No. 101) is GRANTED and such dismissal is without prejudice. All parties shall bear their own costs and expenses.

IT IS SO ORDERED.

Signed: June 11, 2012

Frank D. Whitney
United States District Judge