**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.: 3:11-CV-617-FDW-DSC**

| | |
|---|---|
| **MARY B. RUDOLPH, et. al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **BEACON INDEPENDENT LIVING, LLC, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## MEMORANDUM AND ORDER

**THIS MATTER** is before the Court on the Court's "Memorandum and Order" (doc. 124) which ordered Defendant Bleiman to pay Plaintiffs their reasonable attorneys' fees incurred in preparing "Plaintiffs' Motion to Compel and for Sanctions for Spoliation of Evidence" (doc. 119) and directed Plaintiffs' counsel to submit a detailed statement of the attorneys' fees incurred. Pursuant to this Order, Plaintiffs' counsel filed an "Affidavit of Attorneys' Fees" (doc. 125) on July 10, 2012.

The Court has carefully reviewed the Affidavit and will tax the reasonable attorneys' fees associated with the Motion to Defendant Bleiman in the amount of $4,152.50.

**NOW THEREFORE, IT IS ORDERED**:

1. Defendant Bleiman is ordered to pay $4,152.50 in reasonable attorney's fees to Plaintiffs.

2. The Clerk is directed to send copies of this Memorandum and Order to counsel for the parties; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: July 12, 2012

David S. Cayer
United States Magistrate Judge