IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:11-CV-617-FDW-DSC

| | |
|---|---|
| MARY B. RUDOLPH, et. al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| BEACON INDEPENDENT LIVING, LLC, et. al., | ) |
| Defendants. | ) |

## ORDER

**THIS MATTER** is before the Court <u>sua sponte</u> following communications from counsel that the parties are in dispute over Defendant Bleiman's compliance with the Court's "Memorandum and Order" (document #124) and "Memorandum and Order" (document #128).

**IT IS HEREBY ORDERED** that Defendant Bleiman shall comply fully with all of the directives in the Court's "Memorandum and Order" (document #124) and "Memorandum and Order" (document #128) on or before 5:00 p.m. on Thursday July 26, 2012.

The Clerk is directed to send copies of this and Order to counsel for the parties; <u>and to the Honorable Frank D. Whitney.</u>

**SO ORDERED**.

Signed: July 18, 2012

David S. Cayer
United States Magistrate Judge