IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-CV-00617

| | |
|---|---|
| MARY B. RUDOLPH, <br><br>   Plaintiff, <br><br>   vs. <br><br> BEACON INDEPENDENT LIVING, LLC, et al <br><br>   Defendant. | NOTICE OF HEARING |

**THIS MATTER** is before the Court upon its own motion. Jury selection and a contempt hearing in the above-captioned case are currently set for Monday, August 20, 2012, at 9:00 a.m. The Court hereby *sua sponte* continues jury selection in this matter until Thursday, August 23, 2012, at 9:00 a.m. The contempt hearing is likewise *sua sponte* continued to Thursday, August 23, 2012, immediately following jury selection. All proceedings will take place in Courtroom One (1) of the Charles R. Jonas Federal Courthouse, 401 West Trade Street, Charlotte, North Carolina 28202.

IT IS SO ORDERED.

Signed: August 17, 2012

Frank D. Whitney
United States District Judge