**(1) Statement of Case**

Rudolph-Raad, Inc. is the owner of a large facility located at 3501 E. Independence Boulevard, Charlotte, North Carolina (the õFacilityö). Dr. Raad and Mrs. Rudolph are each 50% shareholders of Rudolph Raad,, Inc., and Charlottetowne Manor, Inc.. From 2002 through March 2011, Charlottetown Manor, Inc. has operated the Facility for disabled veterans and civilians in and around the Charlotte area.

Family Forum, Inc. is a non-profit corporation receiving a grant from the United States Department of Veterans Affairs, which provides support for the disabled veteran residents. Mrs. Rudolph was the founder and original grant recipient for Family Forum.

I.

Plaintiffs contend that starting in summer/fall 2010, Dr. George Raad and Jeffrey Greene began developing a conspiracy aimed at ousting Mrs. Rudolph from her ownership and control of Rudolph-Raad, Inc., Charlottetown Manor, Inc. and Family Forum, Inc. In January, 2011, Mrs. Rudolph had significant heart surgery that required extended recovery. In February, 2011, Dr. Raad and Jeffrey Greene solicited Frank McCollum and Bruce Bleiman to join Raad and Greene in the conspiracy to defraud Mrs. Rudolph. The conspirators decided to form and operate a company called Beacon Independent Living, LLC, to help them in their scheme.

The conspirators used forged Powers of Attorney, backdated documents, various misrepresentations and other illicit conduct to take Mrs. Rudolphøs interest and assets in the various companies (Rudolph-Raad, Inc., Charlottetown Manor, Inc. and Family Forum, Inc.) without payment or any other consideration.

Plaintiffs further contend the conspirators ejected Mrs. Rudolph from her real property, brought her to the brink of foreclosure, and have severally damaged the real property, the Facility, the business and Mrs. Rudolphøs reputation.

II.

Defendants Bleiman and Beacon Independent Living, LLC have been determined to be liable to Plaintiffs for the actions just described. As a result, Defendants Beacon and Bleiman have been determined to be liable to Plaintiffs for violation of (1) Racketeer Influenced and Corrupt Organizations (RICO) Act, (2) fraud, (3) unfair and deceptive trade practices, (4) trespass, (5) conversion, (6) tortious interference with contract, and (7) tortious interference with prospective economic advantage. In addition, Beacon and Bleiman are deemed to have admitted that certain of the documents that you will see and hear about are altered, forged and otherwise invalid.

Thus, the only issues with regard to Beacon and Bleiman are the amount they must pay to Plaintiffs as damages.

> A. Defendants Beacon and Bleiman contend that they should have to pay only nominal damages to Plaintiffs.

B. Plaintiffs contend that Beacon and Bleiman must pay an amount sufficient to compensate the Plaintiffs for Plaintiffs' financial losses and Mrs. Rudolph's pain and suffering, and also pay punitive damages, which is an amount intended to punish Beacon and Bleiman for their conduct.

III.

Counterdefendant Raad (hereinafter "Dr. Raad") contends:

In the latter part of 2010, Dr. Raad and Mrs, Rudolph were engaged in litigation against one another regarding the facility. Dr. Raad met with Defendant Bleiman, Frank McCollum and others in February 2011 to begin developing potential buyout proposals that would be sent to Plaintiff Rudolph and her attorney for review and revision. Dr. Raad also contends that he was induced by Plaintiff Rudolph to put money into the failing Facility when she told him that she had given her Power of Attorney to Frank McCollum, whom she had determined could turn the failing Facility around.

Dr. Raad further contends that because Plaintiff Rudolph had requested Dr. Raad to assist in managing the Facility, which he was unable to do because he was a full time practicing physician that he recommended a man named Jeff Greene, who Raad thought could assist in management of the Facility. At no time was Jeff Greene an agent of any kind for Raad. Raad is aware that Jeff Greene held himself out on several occasions as being an agent for Dr. Raad. Jeff Greene was only an advisor to Dr. Raad for a short period of time and was never an agent of Dr. Raad at any time. Finally Counterdefendant Raad contends that he has done absolutely nothing wrong and that he has only tried to develop proposals with others to purchase Plaintiff Rudolph's interest in the Facility and Rudolph-Raad, Inc.