UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11 cv 617

| | |
|---|---|
| MARY B. RUDOLPH, RUDOLPH-RAAD, INC. and FAMILY FORUM, INC.,<br>Plaintiffs,<br>v.<br>BEACON INDEPENDENT LIVING LLC, BRUCE L. BLEIMAN, and ANTOINE LASSITER,<br>Defendants.<br><br>BEACON INDEPENDENT LIVING, LLC and BRUCE L. BLEIMAN,<br><br>Counterclaimants/<br>Third Party Plaintiffs,<br>v.<br><br>ROBERT O. RUDOLPH AND GEORGE L. RAAD,<br><br>Third Party Defendants. | |

## CONSENT ORDER

The parties hereto hereby stipulate that the document attached hereto as Exhibit A, which is titled "Consent of Directors of Family Forum, Inc. to Action Without Meeting," and dated April 26, 2011, and the actions of the Family Forum Board memorialized by Exhibit A, are and were void and of no legal effect.

Therefore, the Court hereby finds and concludes that Exhibit A, which is titled "Consent of Directors of Family Forum, Inc. to Action Without Meeting," and dated April 26, 2011, and the actions of the Family Forum Board memorialized by Exhibit A, are and were void and of no legal effect.

This the 27th day of August, 2012.

*/s/ Frank D. Whitney/*
Hon. Frank D. Whitney

U.S. District Court

WE CONSENT:

| PLAINTIFFS | DEFENDANTS |
|---|---|
| */s/ Mary Rudolph/* <br> MARY RUDOLPH | */s/ Bruce L. Bleiman/* nedw/mjr <br> BEACON INDEPENDENT LIVING, LLC <br> By Bruce L. Bleiman |
| */s/ Mary Rudolph/* <br> RUDOLPH RAAD, INC. <br> By Mary Rudolph, Officer | */s/ Bruce L. Bleiman/* <br> BRUCE L. BLEIMAN |
| */s/ Mary Rudolph/* <br> FAMILY FORUM, INC. <br> By Mary Rudolph, Officer | */s/ John C. Snyder, III/* <br> JOHN C. SNYDER, III <br> Counsel for Defendants |
| */s/ Rebecca K. Cheney/* <br> ADAM L. HORNER <br> REBECCA K. CHENEY <br> Counsel for Plaintiffs | |
| THIRD PARTY DEFENDANT <br> */s/ George L. Raad/* <br> GEORGE L. RAAD <br> */s/ James L. Blane/* <br> JAMES L. BLANE <br> CHARLES M. WILSON <br> Counsel for Third Party Defendant | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record by automated notice generated upon CM/ECF filing to the following:

John C. Snyder III
snyder@fsblegal.com
*Attorney for Defendants Beacon Independent Living, LLC, Bruce Bleiman, and Antoine Lassiter*

James L. Blane
jblane@blanelaw.net
*Attorneys for George L. Raad*

Charles M. Wilson
MWILSON@texmacusa.com
*Attorneys for George L. Raad*

August 29th, 2012

HAMILTON STEPHENS
STEELE & MARTIN, PLLC

By: /s/ Adam L. Horner
Adam L. Horner (NC Bar # 32732)
ahorner@lawhssm.com

/s/ Rebecca K. Cheney
Rebecca K. Cheney (NC Bar #20998)
bcheney@lawhssm.com

201 South College Street, Suite 2020
Charlotte, North Carolina 28244-2020
Telephone: 704/344-1117
*Attorneys for Plaintiffs*